AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Cecil Henry<br>*Defendant(s)* | Case No.<br>2:20-MJ-104 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 3, 2020** in the county of **Randall** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). | Distribution and Possession with Intent to Distribute Cocaine and 3,4-methylenedioxymethamphetamine (MDMA) |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Shayne Mays, HSI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 8/4/2020

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:20-MJ-104

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Affiant has probable cause for the said belief by reason of the following facts, to wit:

Affiant Shayne Mays is a Sergeant employed by the Randall County Sheriff's Office. Affiant is currently assigned as a Task Force Officer/Investigator with the Homeland Security Investigations. As a Task Force Officer/Investigator, the Affiant investigates federal offenses as well as violations of the Texas Health and Safety Code. Affiant has received training from the Panhandle Regional Narcotics Trafficking Task Force, the Amarillo Police Department, the Canyon Police Department, the Randall County Sheriff's Office, the Texas Narcotic Officers Association, the Drug Enforcement Agency and the Texas District and County Attorneys Association on the investigation of narcotics violations, and the writing of narcotic search warrants. The affiant has in excess of 20 years' experience in the investigation of narcotics related offenses.

On 6/8/2020, your affiant was advised by Homeland Security, Customs and Border Patrol (CBP) at the JFK International Airport, New York, of a mail package that was sent from Ridderkerk, Netherlands. This package was to be delivered to a recipient named as Robert Henry at 6602 Kingsbury Dr. Amarillo, TX 79109. During processing on June 5, 2020, a CBP K-9 narcotics sniffing dog indicated the presence of illegal narcotics in the package. This package was opened and found to contain 112 gross grams of 3,4-methylenedioxymethamphetamine (MDMA). This package was forwarded to the Homeland Security Investigations (HSI) Amarillo office for the purposes of conducting a controlled delivery to the address displayed on the package. A resident of 6602 Kingsbury was identified as Robert Cecil Henry, a White male, born 5/17/1991. On 6/11/2020, This package of MDMA was delivered under surveillance by a US Postal Inspector to the 6602 Kingsbury, Amarillo, TX. HENRY was seen carrying the package into the residence. A narcotics search warrant was then signed and executed at this residence. It was found that HENRY had opened the package, removed the MDMA and secreted it away in hiding. During the execution of this search warrant 12.5 gross grams of Cocaine, a small user amount of Methamphetamine, Cannabis oil, the MDMA package and a 9mm pistol were seized among other narcotics related evidence.

On this same date, HENRY was read his *Miranda* Rights. HENRY waived his rights and agreed to give a statement. HENRY stated he has been ordering bulk illegal narcotics through the "dark web" from within the United States and from other countries. HENRY admitted to ordering cocaine, methamphetamine, MDMA, and lysergic acid diethylamide (LSD). HENRY confessed to be a narcotics supplier for local Amarillo area dealers. At the conclusion of this search warrant HENRY was released pending further investigation.

1

On 6/12/2020 your affiant was contacted by a US Postal Inspector and told that another suspicious package was intercepted at the Amarillo USPS sorting office. This package was also addressed to Robert Henry at 6602 Kingsbury Drive. HENRY was contacted by phone at which time he confessed the package was methamphetamine he ordered. On this same date the USPS delivered this package to HENRY in your affiant's presence. HENRY then signed a consent to search form and gave your affiant the package. This package contained 114.31 grams of methamphetamine.

On 7/26/2020 a package was intercepted at the JFK CBP Office with the use of a narcotics detecting K-9. This package was shipped from the Netherlands and contained 109 gross grams of MDMA. It was addressed to Singleton Collision Service Attn: HJ Henery at 5411 Camp Ln. Amarillo, TX 79109. This package of MDMA was also forwarded to the affiant at the HSI Amarillo office for the purposes of conducting a controlled delivery. During an investigation of this collision repair shop, the owner of the shop, Gary Singleton, was contacted and asked if he had an employee by the name HJ Henery. He advised the affiant that this person was his ex-girlfriend. Mr. Singleton was unaware of the package and told the affiant that his ex-girlfriend's son was named Robert Cecil Henry.

On 8/3/2020, a controlled delivery was conducted with the package of MDMA at 5411 Camp Lane. The owner of the collision shop notified HENRY that a package for his mother arrived. HENRY arrived at the shop and took possession of the package of MDMA. HENRY was then arrested before he could return to his vehicle. During the investigation of this arrest, a vehicle inventory was conducted on HENRY's truck prior to it being impounded. During this inventory, 6.5 gross grams of Cocaine were found in his truck. Receipts totaling $11,573.00 in cash deposits for various bank accounts were also found in his truck. These receipts were dated between 7/20/2020 to 8/3/2020. HENRY was then transported to the Randall County Sheriff's Office.

While at the Sheriff's Office Henry was read his *Miranda* Rights, which he waived. Henry confessed he had been selling cocaine on a regular basis and had sold over a pound of cocaine in the last two weeks. He also confessed to ordering the MDMA sent to the collision repair shop. HENRY confessed that he also currently had cocaine in his bedroom.

After HENRY was booked into the Randall County Jail, the affiant and HSI Special Agents (SA) conducted a consent search at 6602 Kingsbury, where 18.4 gross grams of cocaine, two pistols, and other narcotic-related evidence was seized from HENRY's bedroom. While conducting this search, HENRY's grandfather handed your affiant a package and told the affiant the packaged was just delivered and addressed in his name, Cecil Hawkins. He told the affiant he did not order anything from California. Mr. Hawkins suspected HENRY was involved with this package and said the affiant should

2

open the package. Upon opening the package, it was discovered that it contained 47.95 gross grams of cocaine.

*Shayne Mays*
Shayne Mays
Task Force Officer - HSI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

_____8/4/2020_____ at _____Amarillo, Texas_____
Date                                                  City and State

Lee Ann Reno U.S. Magistrate Judge     *Lee Ann Reno*
Name and Title of Judicial Officer          Signature of Judicial Officer

3